**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SUNWORKS, INC., | Case No.   24-10215 |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 7 |
| SOLCIUS, LLC., | Case No.   24-10216 |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 7 |
| COMMERCIAL SOLAR ENERGY, INC. | Case No.   24-10217 |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 7 |
| SUNWORKS UNITED INC. | Case No.   24-10218 |
| Debtor. | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## INTRODUCTION

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") filed by Sunworks, Inc and its debtor affiliates, as debtors in the above-captioned cases (collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management. They are unaudited.

While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist, inaccuracies within the Debtors' books and records which were relied upon may exist, and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by Mark Trout, the Chief Executive Officer of the Debtors. In reviewing and signing the Schedules and Statements, he relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

## GLOBAL NOTES REGARDING SCHEDULES & STATEMENTS

1. **Description of the Chapter 7 Cases**. On February 5, 2024 (the "Petition Date"), the Debtors commenced voluntary cases under chapter 7 of the Bankruptcy Code (collectively, the "Chapter 7 Cases").

2. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and

Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 7 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a) **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c) **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

(e) **Estimates and Assumptions**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in estimates or assumptions.

(f) **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g) **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h) **Insiders**. For purposes of the Schedules and Statements, the Debtors included information with respect to a range of individuals the Debtors believe could be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods, including the following: (i) current and former members of the Debtors' Board of Directors; (ii) employees that are, or were during the relevant period, officers; and (iii) Debtor affiliates.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable

law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

Further, certain of the individuals or entities identified as insiders, to the extent they are "insiders," may not have been insiders for the entirety of the twelve-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto. To the extent any individual may have been considered an insider at some point during the twelve-month period, but ceased being an insider during the twelve-month period, this schedule only reflects payments made during the time such party may have been considered an insider.

**3. Methodology**.

(a) **Basis of Presentation**. For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Debtor, Sunworks Inc. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

Moreover, given the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities among other things, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b) **Reporting Date.** The reported asset values in Schedules A and B, reflect the Debtors' asset values as of December 31, 2023, with the exception of cash, which is the reported bank balance as of February 2, 2024. Liabilities are reported as close to the Petition Date as possible.

(c) **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

(d) **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to

amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

(e) **Leases**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property from certain third-party lessors. The Debtors believe that all such leases are set forth in the Schedules and Statements. The property subject to the leases is not reflected in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors. The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease, and the Debtors reserve all rights with respect to all such issues.

(f) **Valuation**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of December 31, 2023, are reflected on the Schedules and Statements. Exceptions to this include operating cash which is presented at bank balance as of February 2, 2024. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values and, in some cases, the Debtors do not carry the value of the assets on their books. Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus,

ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

(g) **Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(h) **Inventory.** Inventories are reported based on the net book value on the Debtors' balance sheet as of December 31, 2023, except Statement 27 which reflects the latest physical inventory counts of the Debtors based on information available prior to the Petition Date.

Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method. Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(i) **Contract Assets and Liabilities**. Contract assets consist of (i) the earned, but unbilled, portion of a project for which payment is deferred by the customer until certain contractual milestones are met; (ii) direct costs, including commissions, labor related costs and permitting fees paid prior to recording revenue, and (iii) unbilled receivables that represent revenue that has been recognized in advance of billing the customer, which is common for larger construction contracts. Contract liabilities consist of deferred revenue and customer deposits and customer advances, and third-party advances or deposits which represent consideration received from a customer prior to transferring control of goods or services to the customer under the terms of a contract.

(j) **Contingent Assets**. The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and

Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

(k) **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

(l) **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(m) **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(n) **Intercompany Claims**. Intercompany receivables and payables between the Debtors as of December 31, 2023 are set forth on Schedule E/F or Schedule A/B-77 per the Debtors' books and records, as applicable. The Debtors are not able to easily segregate intercompany payables and receivables between certain debtors and therefore have disclosed certain intercompany payables at undetermined amounts. Sunworks, Inc. has funded the losses and acquisitions of the other Debtors and therefore has an intercompany receivable. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. These claims are subject to reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

Certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

(o) **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, employee benefit accruals, accrued accounts payable, capital lease assets and liabilities and certain contact asset and liability accounts as well as right of use assets and liabilities. In addition, certain immaterial assets and liabilities may have been excluded.

(p) **Liens**. The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment. If such liens may apply, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

(q) **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(r) **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, returns, warranties, commissions and advances as well as other disputes between the Debtors and their suppliers. Such offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

## Specific Schedules Disclosures

(a) **Schedule A/B-3 – Checking, savings, or other financial accounts.** Schedule A/B-3 lists closing bank balances as of February 2, 2024. JP Morgan account no. 8509 is reported on Sunworks United Inc's schedules as the account is under their EIN number. However, Solcius, LLC uses this account as an operating account.

(b) **Schedule A/B-7 – Security deposits with public utilities, telephone companies, landlords and others.** Schedule A/B-7 does not reflect any amounts of any security deposits a supplier or factor has applied per the supplier's or factor's records.

(c) **Schedule A/B-8 - Prepayments**– In the course of business the company receives and distributes commission advances according to set milestones; some of which are earned at future milestones and thus may be considered assets or liabilities which offset for final determination of amounts due or recoverable.

(d) **Schedule A/B-11 – Accounts receivable**. Schedule A/B-11 excludes intercompany receivables. Please see the note on page 8 of these Global Notes regarding intercompany claims.

(e) **Schedule A/B-15 – Stock and interests in incorporated and unincorporated businesses**. Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that

the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(f) **Schedule A/B – 20 – WIP –** Solcius, LLC reported Construction in progress in this section.

(g) **Schedule A/B-21 – Inventory, excluding agricultural assets**. Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method. Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(h) **Schedules A/B-39, A/B-40, A/B-41 and A/B 50 – Office and business equipment**. Certain of the Debtors' office and business equipment, fixtures, machinery, furnishings, and supplies are not capitalized based on its accounting policies and procedures. The Debtors generally capitalize an asset if it has a life of more than 1 year and if it meets a certain dollar threshold in accordance with the Debtors' accounting policy. There may be certain assets that are not capitalized because they did not meet the Debtors' capitalization policy. Those assets that are not capitalized are not listed herein.

(i) **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values. An impairment test has not been conducted as of the preparation of the Schedules and Statements, and therefore several of the Company's intangible asset values may be listed as undetermined. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.

(j) **Schedules A/B-74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims**. The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. (Transfers identified in the Statements, *e.g.* at Part 2, Questions 3 and 4, may constitute avoidable transfers, however.) The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of

action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

(k) **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, equipment lessors, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D, though their deposits may be identified in Schedule A/B.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

(l) **Schedule E/F – Creditors Who Hold Unsecured Claims**

*Part 1 – Creditors with Priority Unsecured Claims*.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

The Debtors' endeavored to pay all employee obligations including without limitation, obligations related to employee wages, accrued PTO and other employee benefits in advance of the Petition Date.  Accordingly, prepetition claims of non-insiders related to regular employee wages and other employee benefits that have been paid or may be paid pursuant to further Bankruptcy Court order are not listed in Schedule E/F Part 1.

Schedule E/F Part 1 also includes balances for advanced deposits.  Such amounts reflect instances where the Debtors have taken a cash deposit from the customer, but have not completed the construction project yet.  Such balances reflect the most current balances on the Debtors' books.

Schedule E/F Part 1 also includes Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Certain of such claims, however, may be subject to ongoing audits. Therefore, the Debtors have listed all such claims as

"contingent," "unliquidated," and "disputed," pending final resolution of ongoing audits or other outstanding issues.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding pending litigation involving the Debtors.  The amounts for such potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.  For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed on the Schedules for Sunworks, Inc.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive prepetition invoices.

Liabilities listed on Schedules E/F reflect the Debtors' book and records balances as close as practicable to the petition date.

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

(m) **Schedule G – Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the company may have inadvertently listed the incorrect Debtor party.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms of such agreements. In such cases, Debtors have included such items on Schedule G of Sunworks, Inc.

(n) **Schedule H – Co-Debtors**. In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases and other agreements. The Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

**Specific Statements Disclosures**.

(a) **Part 1, Question 1 – Income from operations**. The values reflected in Part 1, Question 1 are at the profit-and-loss level not on a cash basis. These are reported as of December 31, 2023 for Solcius, LLC and Commercial Solar Energy Inc, the Debtors that report income from operation, as the Debtors have not closed the books for January 2024 yet.

(b) **Part 1, Question 2 – Non-business revenue**. Non-business revenue includes such items sale of assets including inventory, vehicle and ERTC Receivable. This is reflected at the profit-and-loss level, not on a cash basis. These are reported as of December 31, 2023, as the Debtors' have not closed the books for January 2024 yet.

(c) **Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**. Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the ninety days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 4, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed in SOFA 3.

(d) **Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4. The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company, but are no longer employed by the Company.

(e) **Part 2, Question 5 – Repossessions, foreclosures, and returns**. In the ordinary course of business, returns are part of the Debtors' operations. This includes returns to vendors. This question excludes goods returned in the ordinary course of business.

(f) **Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to page 9 of these Global Notes.

(g) **Part 2, Question 7 – Legal Actions.** Information provided on Question 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum and omits threatened litigation that has not yet commenced. While the Debtors made reasonable efforts under the circumstances to complete Question 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Question 7. The Debtors reserve all of their rights to amend or supplement their response to Question 7.

(h) **Part 5, Question 10 – Losses from Fire, Theft or Other Casualty**. The Debtors occasionally incur losses for a variety of reasons, including property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

The Debtors were unable to obtain details on claims reported to the insurance company due to employees with knowledge ending employment with the Debtors. The Debtors have requested this information from the insurance broker, but did not receive as of the filing of the Statements.

(i) **Part 6, Question 11 – Certain payments or transfers**. All disbursements listed in Statement 11 were initiated and disbursed by Sunworks United Inc. but were for the benefit of all Debtors.

(j) **Part 10, Question 20 – Off-premises storage**. The locations listed for off-premise storage do not include inventory at construction sites. There may be equipment and vehicles left at construction sites.

(k) **Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients include, among others, regulatory agencies, financial institutions, investment banks, equityholders, debtholders and their legal and financial advisors. Financial statements may have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable. In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. The Debtors' financial statements are also included in their periodic securities filings and available to the public. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26.

☐ **Check if this is an amended filing**

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:** Copy line 88 from Schedule A/B | $0.00 |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B | $101,971,131.22 |
| 1c. | **Total of all property:** Copy line 92 from Schedule A/B | $101,971,131.22 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $16,210.00 |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $42,981,333.80 |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$42,997,543.80

Fill in this information to identify the case:

Debtor name: Sunworks United Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: TBD

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 JP Morgan Chase | Deposit Account | 7253 | $746,671.92 |
| 3.2 JP Morgan Chase | Collateral Account (*) | 8913 | $352.59 |

(*) This is the interest balance that is not restricted.  See AB 4 for restricted portion.

| | | | |
|---|---|---|---|
| 3.3 JP Morgan Chase | Operating Account | 8509 | $10.43 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 Collateral Account - credit card (Restricted Cash) | | | $26,250.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $773,284.94 |
|---|

**Part 2:    Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | None | $0.00 |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Prepaid Insurance - Cyber - Crum and Forster | $20,619.45 |
|---|---|---|
| 8.2 | Prepaid Insurance - Commercial Crime - Berkley | $10,034.00 |
| 8.3 | Prepaid Insurance - General - Colony | $432,218.68 |
| 8.4 | Prepaid Insurance - Workers Compensation - Starr | $186,624.75 |
| 8.5 | Prepaid Other | $50,158.93 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                          $699,655.81

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➜ | $0.00 |
|---|---|---|---|---|---|---|
| 11b. | Over 90 days old: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➜ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                          $0.00

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                              % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| Commercial Solar Energy Inc. | 100.0% | N/A | Undetermined |

| 15.2 | | | | |
|---|---|---|---|---|
| Renewable Energy Distributors Inc. | 100.0% | N/A | Undetermined |

| 15.3 | | | | |
|---|---|---|---|---|
| Solcius, LLC | 100.0% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

| 19.1 | | | | |
|---|---|---|---|---|
| | | | | $0.00 |

**20. Work in progress**

| 20.1 | | | | |
|---|---|---|---|---|
| | | | | $0.00 |

**21. Finished goods, including goods held for resale**

| 21.1 | | | | |
|---|---|---|---|---|
| | | | | $0.00 |

**22. Other inventory or supplies**

22.1 _____  _____  _____  _____                    $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                                  $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes     Book value  _____    Valuation method  _____    Current value  _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|

**28. Crops—either planted or harvested**

28.1 _____  _____  _____                    $0.00

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1 _____  _____  _____                    $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1 _____  _____  _____                    $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1 _____  _____  _____                    $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____  _____  _____                    $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                  $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 8:　Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | |
| | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | |
| | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:　Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 "Warehouse/Office Space - 15 Pepsi Way, Durham, CA (*)" | Leased | N/A | N/A | Undetermined |

(*) Solar United Inc is counterparty on the lease agreement, however Commercial Solar Energy Inc pays the rent and has operations at the location.

| | | | | |
|---|---|---|---|---|
| 55.2 "Warehouse/Office Space - 15 Pepsi Way, Durham, CA (2 Supplemental Trailers) (*)" | Leased | N/A | N/A | Undetermined |

(*) Solar United Inc is counterparty on the lease agreement, however Commercial Solar Energy Inc pays the rent and has operations at the location.

| | | | | |
|---|---|---|---|---|
| 55.3 "Office Space 601 N. Parkcenter Dr Ste 202 Santa Ana, CA 92705" | Leased | N/A | N/A | Undetermined |
| 55.4 "Office/Warehouse - 1700 North Market Blvd #105, Sacramento, CA 95834" | Leased | N/A | N/A | Undetermined |
| 55.5 "Office- 2270 Douglas Blvd., Ste 216, Roseville, CA 95661" | Leased | N/A | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:   Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule AB 60 Attachment | N/A | N/A | Undetermined |

**61. Internet domain names and websites**

61.1

None                                                                                                          $0.00

**62. Licenses, franchises, and royalties**

62.1

None                                                                                                          $0.00

**63. Customer lists, mailing lists, or other compilations**

63.1

None                                                                                                          $0.00

**64. Other intangibles, or intellectual property**

64.1

None                                                                                                          $0.00

**65. Goodwill**

65.1

None                                                                                                          $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                              | Undetermined |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

None                                                                                                          $0.00
              total face amount          doubtful or uncollectible   =  ➜
                                         amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

NOL                                          Tax year  2016                              $145,444.00

| 72.2 | | | | |
|---|---|---|---|---|
| | NOL | Tax year | 2017 | $4,732,410.00 |
| 72.3 | | | | |
| | NOL | Tax year | 2018 | $1,277,222.00 |
| 72.4 | | | | |
| | NOL | Tax year | 2019 | $7,582,968.00 |
| 72.5 | | | | |
| | NOL | Tax year | 2020 | $10,152,349.00 |
| 72.6 | | | | |
| | NOL | Tax year | 2021 | $17,643,680.00 |
| 72.7 | | | | |
| | NOL | Tax year | 2022 | $18,275,555.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | | |
|---|---|---|
| | $10M x $10M - Third Excess General, Pollution and Professional Liability - AXIS Surplus Insurance Company - 7/26/2023 - 7/26/2024 | Undetermined |
| 73.2 | | |
| | $5M x $5M Second Excess General, Pollution and Professional Liability - Ironshore Specialty Insurance Company - 7/26/2023 - 7/26/2024 | Undetermined |
| 73.3 | | |
| | $5M x Primary Excess General, Pollution and Professional Liability- Colony Insurance Company - 7/26/2023 - 7/26/2024 | Undetermined |
| 73.4 | | |
| | Auto Liability - Starr - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024 | Undetermined |
| 73.5 | | |
| | Commercial Crime - Berkley Crime - Policy No. BCCR-45004382-21 - 1/26/2023 - 1/26/2024 | Undetermined |
| 73.6 | | |
| | Cyber (5M) - Crum and Forster - Policy No. CYB-105605 - 2/25/2023 - 2/25/2024 | Undetermined |
| 73.7 | | |
| | D&O (5M Side-A x 15M) - Lloyd's (Alpha) - Policy No. FINMW2251198 - 7/26/2023- 7/26/2024 | Undetermined |
| 73.8 | | |
| | D&O (5M x 10M) - Lloyd's (Inigo) - Policy No. FINMW2261197 - 7/26/2023-7/26/2024 | Undetermined |
| 73.9 | | |
| | D&O (5M x 5M) - Argonaut Ins. Co. - Policy No. MLX4262886-2 - 7/26/2023 - 7/26/2024 | Undetermined |
| 73.10 | | |
| | D&O (Primary 5M) - AWAC - Policy No. 0313-4823 - 7/26/2023 - 7/26/2024 | Undetermined |
| 73.11 | | |
| | D&O (Primary 5M) - AWAC - Run Off Endorsement - Effective 2/5/2024 | Undetermined |
| 73.12 | | |
| | Employment Practices Liability - AWAC - Policy No. 0313-4822 - 07/26/2023 - 07/26/2024 | Undetermined |

73.13 Fiduciary Liability - Hudson Insurance Company/Elucid Fiduciary - Policy No. SFD31211841-02 - 07/26/2023 - 07/26/2024 ............................... Undetermined

73.14 General, Pollution and Professional Liability - Colony Insurance Company - 7/26/2023 - 7/26/2024 ............................... Undetermined

73.15 Inland Marine/Property - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024 ............................... Undetermined

73.16 Workers Compensation - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024 ............................... Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Unknown ............................... Undetermined

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None ............................... $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1 None ............................... $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 Intercompany Receivable - Solcius, LLC ............................... $40,575,402.73

77.2 Net Credit Balance in Accounts Payable ............................... $113,159.74

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. ............................... $100,498,190.47

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:   Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $773,284.94 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $699,655.81 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |

**83. Investments.** Copy line 17, Part 4.                    Undetermined

**84. Inventory.** Copy line 23, Part 5.                              $0.00

**85. Farming and fishing-related assets.** Copy line 33, Part 6.     $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy     $0.00
line 43, Part 7.

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.     $0.00

**88. Real property. Copy line 56, Part 9.**                  ➔              $0.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10.    Undetermined

**90. All other assets.** Copy line 78, Part 11.              $100,498,190.47

**91. Total. Add lines 80 through 90 for each column**    91a.    $101,971,131.22        91b.              $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                              $101,971,131.22

| General Description | Seriel No. | Registration No. | Application Filing Date | Registration Date | Status | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|---|---|
| SUNWORKS | 86981494 | 5162777 | 8/21/2015 | 3/14/2017 | Registered | N/A | N/A | Undetermined |

| Fill in this information to identify the case: |
|---|
| Debtor name: Sunworks United Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: TBD |

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

## Part 2:  List Others to Be Notified for a Debt That You Already Listed

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Arizona Corporation Commission, Corporations Division, 1300 W Washington St, Phoenix, AZ 85007

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: Undetermined
Priority amount: Undetermined

**2.2**

Arizona Department of Revenue, P O Box 29085, Phoenix, AZ 85038-9085

**Date or dates debt was incurred**
10/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $50.00
Priority amount: $50.00

**2.3**

California Secretary Of State, 1500 11th St, Sacramento, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.4**

Delaware Secretary of State, P.O. Box 5509, Binghamton, NY 13902-5509

**Date or dates debt was incurred**
7/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,840.00          $15,840.00

**2.5**

Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.6**

Franchise Tax Board, P.O. Box 942857, Sacramento, CA 94257-0531

**Date or dates debt was incurred**
7/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$320.00          $320.00

---

**2.7**

Massachusetts Secretary Of The Commonwealth, 1 Ashburton Plc, Boston, MA 02108

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

**2.8**

Nevada Secretary Of State, Commercial Recordings Division, 202 N Carson St, Carson City, NV 89701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.9

New Jersey Department Of The Treasury, Division Of
Revenue, Business Services Bureau, 33W W State St,
#5, Trenton, NJ 08608

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.10

New York Department Of State, Division Of
Corporations, State Records And Uniform Commercial
Code, 99 Washington Ave, Albany, NY 12231

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.11

Pennsylvania Department Of State, Corporation Bureau,
401 N Street, Rnm 206-207, Harrisburg, PA 17120

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.12**

Tennessee Department Of State, Division Of Business Services, 312 Rosa L. Parks Ave, 6th Fl, Snodgrass Tower, Nashville, TN 37243

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.13**

Utah Department Of Commerce, Division Of Corporations & Commercial Code, 160 E 300 South , Salt Lake City, T 84111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**

☑ No

☐ Yes

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

1861 Acquisition LLC, c/o Field Point Servicing LLC,5 Greenwich Office Park, Suite 440, Greenwich, CT 06831

**Date or dates debt was incurred**
5/22/2023

**As of the petition filing date, the claim is:**                    $1,687,887.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Commision on EE Retention Tax Credit

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2**

Aasim Enterprises Inc., c/o Van Keulen & Van Keulen,Attn: Craig C. Van Keulen, Post Office Box 816,Morgan Hill, CA 95038

**Date or dates debt was incurred**
9/21/2022

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

Azuga Inc., 42840 Christy Street #205,Fremont, CA 94538

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,082.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

B. Riley FBR, Inc., 1300 North 17th Street, 2nd Floor,Arlington, VA 22209

**Date or dates debt was incurred**
12/21/2023

**As of the petition filing date, the claim is:**                    $33,573.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

Beyond Fifteen Communications Inc, 5319 University Drive #257,Irvine, CA 92612

**Date or dates debt was incurred**
8/1/2023

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

Bomba Creative LLC, 403 National Street,Santa Cruz, CA 95060

**Date or dates debt was incurred**
9/18/2023

**As of the petition filing date, the claim is:**                    $2,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.7**

Broadridge, P.O BOX 416423,Boston, MA 02241-6423

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $110,484.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.8**

Buchalter, A Professional Corp, 1000 Wilshire Blvd, Suite 1500,Los Angeles, CA 90017

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,395.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.9**

Caldarelli Hejmanowski Page & Leer LLP, 3398 Carmel Mountain Road, Suite 250,San Diego, CA 92121

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,565.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

Caldarelli Jejmanowski Page & Leer, 3398 Carmel Mountain Road, Suite 250,San Diego, CA 92121

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal Fee Accrual

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

Continental Stock Transfer & Trust Co, One State Street Plaza 30th Floor,New York, NY 10004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,905.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12**

CSC, P O Box 7410023,Chicago, IL 60674-5023

**Date or dates debt was incurred**
9/27/2023

**As of the petition filing date, the claim is:** $454.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13**

EMRL, Inc., 1020 10th Street,Sacramento, CA 95814

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $45,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14**

Explore Information Services, LLC, P O BOX 203489,Dallas, TX 75320-3489

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $1,824.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

Farmer & Betts, Inc, 6010 20th Street East, Suite 1,Fife, WA 98424

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $20,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

Fisher & Philips LLP, P O BOX 301018,Los Angeles, CA 90030-1018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $735.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal Fee Accrual

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17**

Heather Sperl, c/o Wise Law Office,Attn: Jeffrey L. Wise, 1315 "L" Street,Bakersfield, CA 93301

**Date or dates debt was incurred**
5/23/2019

**As of the petition filing date, the claim is:**                                   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.18

insightsoftware LLC, 8529 Six Forks Road, Suite 400,Raleigh, NC 27615

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $19,050.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.19

Issuer Direct, 1 Glenwood Avenue, Suite 1001,Raleigh, NC 27603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $4,846.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.20

KMJ Corbin & Company, 2855 Michelle Drive Ste 350,Irvine, CA 92606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $136,005.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.21

Laurie Aanestad, 1095 Honey Run Road,Chicho, CA 95928

**Date or dates debt was incurred**
1/18/2024

**As of the petition filing date, the claim is:**                                        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**

Logis CFO, LLC, 17875 Von Karman AVenue, Suite 150,Irvine, CA 92614

**Date or dates debt was incurred**
10/9/2023

**As of the petition filing date, the claim is:**      $34,375.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

Martensen IP, 30 East Kiowa Street, Suite 101,Colorado Springs, CO 80903

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $2,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal Fee Accrual

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

Martensen IP, 30 East Kiowa Street, Suite 101,Colorado Springs, CO 80903

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $1,990.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

Mediant Communications Inc., P O BOX 75185,Chicago, IL 60675-5185

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $8,411.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

Mirko andd Kara Schacke, c/o Law Offices of Kersten & Associates,Attn: William C. Kersten, 38 Corporate Park,Irvine, CA 92606

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

Moss Adams LLP, P O BOX 101822,Pasadena, CA 91189-1822

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $68,576.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**

Murphy Austin Adams Schoenfeld LLP, 555 Capital Mall STE 850,Sacramento, CA 95814-4504

**Date or dates debt was incurred**
9/14/2023

**As of the petition filing date, the claim is:**                    $77.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29**

North Amerian Clean Energy, 255 Newport Drive, Suite 336,Port Moody, BC V3H5H1

**Date or dates debt was incurred**
5/4/2023

**As of the petition filing date, the claim is:**                    $2,495.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30

Nvoicepay Inc, 8905 SW Nimbus Avenue, Suite 240,Beaverton, OR 97008

**Date or dates debt was incurred**
12/31/2024

**As of the petition filing date, the claim is:**                    $524.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31

Ohm Analytics, LLC, 293 Main Street #150,Norwich, VT 05055

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $16,580.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

Oliver Wyman Actuarial Consulting, Inc, 1166 Avenue of the Americas,New York, NY 10036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33

Optimize Marketing, 100 Cross Street #29,Layton, UT 84041

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $35,677.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34**

Pillsbury Winthrop Shaw Pittman LLP, P O BOX 742262,Los Angeles, CA
90074-2262

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,678.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35**

Ropers Majeski A Professional Corp, P O BOX 2769,Menlo Park, CA
94026-2769

**Date or dates debt was incurred**
12/19/2023

**As of the petition filing date, the claim is:**                    $2,089.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36**

Ropers Majeski, PO Box 2769,Menlo Park, CA 94026-2769

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $314.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal Fee Accrual

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

Say Technologies LLC, 85 Willow Road,Menlo Park, CA 94025

**Date or dates debt was incurred**
10/2/2023

**As of the petition filing date, the claim is:**                    $21,251.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**

Shatterproof Agency LLC, P O Box 703254,Dallas, TX 75370-3254

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:** $2,325.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

Shearman & Sterling LLP, 599 Lexington Avenue,New York, NY 10022

**Date or dates debt was incurred**
8/16/2023

**As of the petition filing date, the claim is:** $1,728.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

State Of California Department Of Industrial Relations - Division Of Labor Standards Enforcement, 1515 Clay Street,Room 1302, Oakland, CA 94612

**Date or dates debt was incurred**
5/27/2022

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Regulatory Action

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.41**

Sun Farmer's Group, 13 S Palafox St Suite 200-7,Pensacola, FL 32502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

Sunworks, Inc., 1555 Freedom Blvd.,Provo, UT 84604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.43**

Sunworks, Inc., 1555 Freedom Blvd.,Provo, UT 84604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $40,575,402.73
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Intercompany Payable for Solcius

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.44**

True Capital Partners LLC, 56 N Haddon Avenue, 1st Floor,Haddonfield, NJ 08033

**Date or dates debt was incurred**
7/10/2023

**As of the petition filing date, the claim is:**    $72,500.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.45**

Viavid Broadcasting Corp, P O BOX 93074 Caulfeild Vilage,West Vancouver, BC V7W3G4

**Date or dates debt was incurred**
12/6/2023

**As of the petition filing date, the claim is:**    $1,576.65
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ <br><br> ☐ Not listed. Explain | _____ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $16,210.00 |
| 5b. **Total claims from Part 2** | 5b. | $42,981,333.80 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $42,997,543.80 |

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Administrative Services Agreement **State the term remaining** 12/31/2024 **List the contract number of any government contract** | Adrem Insurance Services LLC, 2261 Market Street #4265, San Francisco, CA 94114 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Cafeteria Plan Agreement **State the term remaining** Unknown **List the contract number of any government contract** | APA Benefits Inc., 8899 South 700 East, Suite 225,Sandy, UT 84070 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Real Property Lease **State the term remaining** 2/29/2024 **List the contract number of any government contract** | Black Iris Properties, LLC , c/o Professional Property Services, Inc. , 1201 Plumber way , Ste 112 , Roseville , CA 95678 |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | BRE Delta Industrial Sacramento LP, 220 Commerce Dr, Ste 400 , Fort Washington, PA 19034 |
| | **State the term remaining** | 2/29/2024 | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Delta Dental PPOSM Group Dental Service Contract as amended | Delta Dental of California, 100 First Street, San Francisco, CA 94105 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Evidence of Coverage - HSA-Qualified High Deductible Health Plan ("HDHP") HMO | Kaiser Foundation Health Plan, Inc., 393 E Walnut St,Pasadena, CA 91118 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Evidence of Coverage - Deductible HMO Plan | Kaiser Foundation Health Plan, Inc., 393 E Walnut St,Pasadena, CA 91118 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Kirk R. Short |
| | **State the term remaining** | 11/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Group Vision Policy | Metropolitan Life Insurance Company, 200 Park Ave, New York, NY 10166 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |

**2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | Group Application and the Employer Benefits Program Terms | Norton - Life Lock, 60 East Rio Salado Parkway, Suite 1000, Tempe, AZ 85281
| **State the term remaining** | Auto-Renewal Annually |
| **List the contract number of any government contract** | |

**2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | OLEN Commercial Realty Group, 7 Corporate Plaza, Newport Beach, CA 92660
| **State the term remaining** | 12/31/2024 |
| **List the contract number of any government contract** | |

**2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | Accident, Critical Illness, Hospital Confinement Indemnity Insurance Application | ReliaStar Life Insurance Company, PO Box 122, Minneapolis, MN 55440-0122
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | Administration Agreement | ReliaStar Life Insurance Company, PO Box 122, Minneapolis, MN 55440-0122
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | Basic, Supplemental and Supplemental Dependent Life Insurance and AD&D Policy Application | ReliaStar Life Insurance Company, PO Box 122, Minneapolis, MN 55440-0122
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.15** | **State what the contract or lease is for and the nature of the debtor's interest** | Short Term Disability Insurance Policy | ReliaStar Life Insurance Company, PO Box 122, Minneapolis, MN 55440-0122
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | | | ☐ D |
| | | | ☐ E/F |
| | | | ☐ G |

Debtor name   Sunworks United Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☒ *Schedule H: Codebtors (Official Form 206H)*
☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ Amended Schedule _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 5, 2024          x _Mark Trout_
                                        Signature of individual signing on behalf of debtor

                                        Mark Trout
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy